**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERICHA MITCHELL,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF SHARON HILL, *et al.*** | : | **No. 09-5104** |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this **15th** day of **February**, **2011**, upon consideration of Defendant Borough of Sharon Hill's oral motion for judgment as a matter of law under Federal Rule of Civil Procedure 50, and following oral argument on the motion, and for the reasons provided on the record, it is hereby **ORDERED** that the motion is **GRANTED** and Defendant Borough of Sharon Hill is **DISMISSED** from this action.

**BY THE COURT:**

**Berle M. Schiller, J.**